IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00036-PAB-KLM

JARED PROCHNOW, and
MATTHEW FOSTER

    Plaintiffs,

v.

FIDELITY MORTGAGE COMPANY, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion to Dismiss** [Docket No. 7; Filed January 14, 2013] (the "Motion"). The Motion was directed at Plaintiffs' original Complaint [#5]. On January 29, 2013, Plaintiffs filed an Amended Complaint [#9]. Defendant has since filed a new Motion to Dismiss [#12] aimed at the Amended Complaint. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#7] is **DENIED as moot**. *See, e.g.*, *Strich v. United States*, No. 09-cv-01913-REB-KLM, 2010 WL 14826, at *1 (D. Colo. Jan. 11, 2010) (citations omitted) ("The filing of an amended complaint moots a motion to dismiss directed at the complaint that is supplanted and superseded."); *Gotfredson v. Larsen LP*, 432 F. Supp. 2d 1163, 1172 (D. Colo. 2006) (noting that defendants' motions to dismiss are "technically moot because they are directed at a pleading that is no longer operative").

    Dated:  February 27, 2013